Nicholas Kushnik, Respondent, v. The City of New York, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the finding of defendant's negligence is against the weight of the evidence. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York, Respondent, v. Howard Richardson, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

R. Telfair Smith, Respondent, v. Jennie Saxl and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings to July 2, 1924, of Leopold Louis and Others, as Trustees, etc., of Henry Glass, Deceased, etc.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York, Respondent, v. Louis M. Kardos, the Younger, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

James B. Murrin, Appellant, Respondent, v. Archbald Consolidated Coal Company and Others, Respondents, Appellants.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

John F. Carroll, Respondent, v. The City of New York, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the authority of *Eckert* v. *City of New York* (211 App. Div. 474). Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Muller-Fox Brokerage Company, Respondent, v. Arthur E. Winter and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Bergdorf & Goodman Company, Respondent, v. Garnett May Roberts, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling and McAvoy, JJ., dissenting and voting to reverse judgment and to grant judgment in favor of the defendant.

John F. Pell, Respondent, v. Pathe Exchange, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Arturo D'Aloisio and Another, Individually and as Members of the Firm of D'Aloisio & Pompei, Respondents, v. Baren, Lehrman & Berler, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.